**LAW OFFICE OF ROBERT R. VIDUCICH**
40 WALL STREET, 28TH FLOOR
NEW YORK, NEW YORK 10005
PHONE: (212) 400-7135
E-MAIL: rviducich@rrvlaw.com

October 18, 2016

<u>**Via ECF**</u>

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *CVR Energy, Inc. v. Wachtell, Lipton, Rosen & Katz LLP et al.*,
       Docket No. 1:16-1312

Dear Ms. O'Hagan Wolfe:

  I represent Plaintiff-Appellant in the above-captioned appeal which has been stayed, per the Court's May 18, 2016 Order, pending resolution of two related appeals that are pending in New York Supreme Court's Appellate Division, First Department. I am writing to respectfully advise the Court that on October 6, 2016 the First Department heard oral argument on the appeals, and the parties are now awaiting decision from that court.

            Respectfully submitted,

            /s/ Robert R. Viducich

cc: Paul Shechtman, Esq. (Defendants-Appellees' counsel)
   James Sottile, Esq. (Defendants-Appellees' counsel)